IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRICK SMITH, #265143, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 1:12cv-353-WHA |
| ) | |
| CHERYL PRICE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15), entered on June 9, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice. Final Judgment will be entered accordingly.

DONE this 30th day of June, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE